PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Roberto Cardona-Perez            Cr.: 10-00808-001
                                                                                               PACTS #: 58960

Name of Sentencing Judicial Officer:     THE HONORABLE ROBERT B. KUGLER
                                                      UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/21/2011

Original Offense: Conspiracy to Possess with Intent to Distribute more than 500 Grams of Cocaine

Original Sentence: 46 months imprisonment, 3 years supervised release

Special Conditions: Drug/alcohol testing/treatment, Self-employment disclosure, $100 Special Assessment

Type of Supervision: Supervised Release            Date Supervision Commenced: April 6, 2014

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                   The offender has violated the standard condition of supervision which states, **'You shall not commit another federal, state or local crime during the term of supervision.'**

U.S. Probation Officer Action:

Mr. Cardona-Perez commenced his term of supervised release in his native Puerto Rico on April 6, 2014. We recently received a letter from the U.S. Probation Office in the District of Puerto Rico which indicates that on February 23, 2015, Mr. Cardona-Perez' wife filed a complaint with local police, alleging that Mr. Cardona-Perez struck her in the course of a domestic argument. Both Mr. Cardona-Perez and his wife were questioned by police, who determined that they had in fact struck each other during the argument. Ms. Cardona-Perez was granted a restraining order but declined to proceed with any criminal action against Mr. Cardona-Perez and no charges were filed. Mr. Cardona-Perez' probation officer subsequently directed him to participate in anger management treatment.

The U.S. Probation Office in the District of Puerto Rico has also informed us that on April 7, 2015, Mr. Cardona-Perez relocated to live with relatives in Connecticut and he is currently being supervised by the probation office in that district.

At this time, we are seeking only to inform the Court of this non-compliance and are not currently seeking any additional action.

Prob 12A – page 2 .
Roberto Cardona-Perez

Respectfully submitted,

By: Joseph A. DaGrossa
U.S. Probation Officer
Date: 04/15/2015

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

4-20-15
_____
Date